CC: USA
USM
PTS
USPO

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 05 2004

at 12 o'clock and 10 min. P M
WALTER A.Y.H. CHINN, CLERK

UNITED STATES OF AMERICA
v.
JEFFREY LYNN WENDELL
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **1:02CR00134-001**
USM Number: 57772-065

William Domingo, AFPD
Defendant's Attorney

## THE DEFENDANT:

[✓] admitted guilt to violation of condition(s) General Condition; Standard Condition No. 2; Standard Condition No. 3; and Special Condition No. 1. of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 6556

Defendant's Residence Address:
Kapana Place
Ewa Beach, Hawaii 96706

Defendant's Mailing Address:
Kapana Place
Ewa Beach, Hawaii 96706

AUGUST 3, 2004
Date of Imposition of Sentence

Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

AUG 0 4 2004
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

| CASE NUMBER: | 1:02CR00134-001 | |
|---|---|---|
| DEFENDANT: | JEFFREY LYNN WENDELL | Judgment - Page 2 of 3 |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject's urine specimens collected tested positive for methamphetamine | 5/4/04<br>5/14/04<br>5/21/04 and<br>5/24/04 |
| 2 | Subject refused to comply with drug testing at Hina Mauka | 3/10/04<br>3/20/04<br>4/12/04<br>4/26/04 and<br>6/1/04 |
| 3 | Subject refused to participate in substance abuse counseling at Hina Mauka | 4/22/04 and<br>6/3/04 |
| 4 | Subject refused to participate in a residential substance abuse program as instructed | 5/24/04 and<br>5/27/04 |
| 5 | Subject refused to report to the Probation Office as instructed | 5/27/04 |

AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:02CR00134-001 | Judgment - Page 3 of 3 |
| DEFENDANT: JEFFREY LYNN WENDELL | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWELVE (12) MONTHS .

[✓]  The court makes the following recommendations to the Bureau of Prisons:
FDC Honolulu.

[✓]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal